**IN THE UNITED STATES DISTRICT COURT**
**NOTHERN DISTRICT OF INDIANA**
**SOUTH BEND, INDIANA**

| | |
|---|---|
| MARCIE SMITH,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Cause No. |
| BLARNEY STONE WINE & SPIRITS,<br>    Defendant. | )<br>)<br>)<br>) |

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Marcie Smith, complains of act and omissions by the Defendant, Blarney Stone Wine & Spirits, ("Blarney"). In support of her Complaint and as cause of action against Blarney, Plaintiff respectfully submits the following:

1. That this suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000 et. al.

2. Plaintiff filed a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice of right to sue on October 31, 2024.

### PARTIES

3. Plaintiff is a woman, and at all times, she resided in the Northern District of the State of Indiana.

4. Blarney is a corporation doing business in the Northern District of the State of Indiana.

### FACTS

5. Plaintiff began working at Blarney in April 2023 as a Cashier.

6. Plaintiff performed her job well.

7. On or about April 2023, Plaintiff received a text from her Manager giving her permission to get off work early to have drinks with him in his bed.

8.  Plaintiff informed her Manager that she did not want to have drinks with him.

1

9. The same month, her hours were drastically cut.

10. On or about April 2023, Plaintiff complained to her Manager about her hours being cut.

11. That Plaintiff later complained to the Defendant's Interim CEO, about her Manager cutting her hours.

12. That Plaintiff also informed the Interim CEOr that she believed her hours were being cut because she refused to have drinks with her Manager, in his bed.

13. The Interim CEO informed the Plaintiff she needed to inform the Day Shift Manager about the incident and the subsequent concerns.

14. Plaintiff attempted to speak with the day shift Manager, however, he refused to speak with Plaintiff.

15. Plaintiff continued complaining to the Interim CEO about her hours being cut and regarding her Manager's behavior.

16. On or about May 27, 2023, Plaintiff was terminated the Manager that she refused to have drinks with.

17. The reason the Manager gave me for terminating Plaintiff is that "it is not working out."

18. Plaintiff was extremely productive and did not take smoke breaks.

19. A male employee, who did not complain of sexual harassment was not terminated even though he took frequent smoke breaks, was repeatedly caught on his phone, and was frequently late to work.

20. Plaintiff was terminated due to her sex.

21. Plaintiff was subjected to a hostile work environment.

22. Plaintiff was terminated due to engaging in protected activity.

23. Plaintiff was retaliated against for engaging in protected activity.

## COUNT I

24. Plaintiff incorporates by reference paragraphs 1-23.

25. Blarney, as a result of terminating Plaintiff due to her sex, violated Title VII 42 U.S.C. § 2000 et. al.

## COUNT II

26. Plaintiff incorporates by reference paragraphs 1-23.

27. Blarney, as a result of subjecting Plaintiff to a hostile work environment, violated Title VII 42 U.S.C. § 2000 et. al.

## COUNT III

28. Plaintiff incorporates by reference paragraphs 1-23.

29. Blarney, as a result of retaliating against Plaintiff for engaging in protected activity, violated Title VII 42 U.S.C. § 2000 et. al.

## COUNT IV

30. Plaintiff incorporates by reference paragraphs 1-23.

31. Blarney, as a result of terminating Plaintiff for engaging in protected activity, violated Title VII 42 U.S.C. § 2000 et. al.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

    A.  Award Plaintiff back pay and benefits lost;

    B.  Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

    C.  Award Plaintiff punitive damages;

    D.  Award Plaintiff liquidated damages;

    E.  Award Plaintiff her costs in this action and reasonable attorney fees;

F.  Grant Plaintiff any other relief which is allowable under the circumstances of this

case.

Respectfully submitted,

*/s/: Amber K. Boyd*
Amber K. Boyd, #31235-49

### REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully submitted,

*/s/: Amber K. Boyd*
Amber K. Boyd, #31235-49
**AMBER BOYD LAW**
8510 Evergreen Avenue
Indianapolis, IN 46240
(317) 960-5070
amber@amberboydlaw.com

4